```
                                                    FILED
                                                    December 18, 2015
                                                    CLERK, US DISTRICT COURT
                                                    EASTERN DISTRICT OF
                                                    CALIFORNIA
                                                    /s/ [initials]
                                                    DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JUAN ARQUIMEDEZ VILLANUEVA, ) <br> ) <br> Defendant. ) | Case No. 2:15MJ00238-AC <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JUAN ARQUIMEDEZ VILLANUEVA , Case No.  2:15MJ00238-AC  , Charge  21USC § 841(a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__  Release on Personal Recognizance

__  Bail Posted in the Sum of $ 100,000.00

   __  Unsecured Appearance Bond

   __  Appearance Bond with 10% Deposit

   __  Appearance Bond with Surety

   __  Corporate Surety Bail Bond

✔  (Other)     Pretriala conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  December 18, 2015  at  2:33 pm  .

By  /s/ Allison Claire/s/ Allison Claire
    Allison Claire
    United States Magistrate Judge

Copy 2 - Court