1  BENJAMIN B. WAGNER
   United States Attorney
2  Jason Hitt
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                      EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,         | CASE NO. 2:15-MJ-0238 AC
12 |                      Plaintiff,   | STIPULATION AND ORDER CONTINUING
   |                                   | PRELIMINARY HEARING AND EXCLUDING
13 |             v.                    | TIME
14 | JUAN A. VILLANUEVA, AND
   | JOSE CRUZ RODRIGUEZ-RODRIGUEZ,
15 |
16 |                      Defendants.

17

18     IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt,

19 counsel for the plaintiff United States of America, and defendant Juan A. VILLANUEVA, by and

20 through his counsel Dina Santos, Esq., and defendant Jose Cruz RODRIGUEZ-RODRIGUEZ that good

21 cause exists to extend the preliminary hearing currently set for December 29, 2015, at 2:00 p.m. to

22 January 21, 2016, pursuant to Rule 5.1(d) of the Federal Rule of Criminal Procedure

23     Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d)

24 because the defense counsel must review the initial production of discovery. Initial discovery has been

25 produced by the government to each counsel. For these reasons, the defendants agree that a continuance

26 of the preliminary hearing date will not prejudice them.

27     The parties further stipulate that the ends of justice are served by the Court excluding time from

28 December 29, 2015, to January 21, 2016, so that counsel for the defendants may have reasonable time

STIPULATION AND [PROPOSED] ORDER CONTINUING
PRELIMINARY HEARING AND EXCLUDING TIME

1

necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, the defense agrees that it needs time to review discovery and effectively evaluate the posture of the case, and conduct investigation into any possible defenses they may have to the charges.  Id.  For these reasons, the defendant, defense counsel, and the government stipulate and agree that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A); Local Code T4.

DATED: December 28, 2015                                    /s/Jason Hitt
                                                                                 JASON HITT
                                                                                 Assistant U.S. Attorney

DATED: December 28, 2015                                    /s/Jason Hitt for Ms. Santos
                                                                                 DINA SANTOS, ESQ.
                                                                                 Counsel for defendant
                                                                                 JUAN A. VILLANUEVA
                                                                                 Authorized to sign for Ms. Santos
                                                                                 on 12-28-15

DATED: December 28, 2015                                    /s/Jason Hitt for Mr. Tedmon
                                                                                 SCOTT TEDMON, ESQ.
                                                                                 Counsel for defendant
                                                                                 JOSE CRUZ RODRIGUEZ-RODRIGUEZ
                                                                                 Authorized to sign for Mr. Tedmon
                                                                                 on 12-28-15

STIPULATION AND [PROPOSED] ORDER CONTINUING
PRELIMINARY HEARING AND EXCLUDING TIME

2

**O R D E R**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The Court finds good cause to extend the Preliminary Hearing in <u>United States v. Villanueva, et al.</u>, Case No. 2:15-MJ-0238 AC from December 29, 2015, to January 21, 2016, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d); and

2. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial based upon the factors set forth in 18 U.S.C. § 3161(h)(7)(B)(iv). Accordingly, time under the Speedy Trial Act shall be excluded up to and including January 21, 2016.

**IT IS SO ORDERED.**

Dated:  December 28, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE