Dina L. Santos, SBN 204200
A Professional Law Corporation
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
Juan Villanueva

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JUAN VILLANUEVA,<br><br>　　　　　　Defendants | CASE NO. 15-MJ-0238<br><br>STIPULATION PROPOSED ORDER TO EXTEND TIME TO POST PROPERTY BOND |

**STIPULATION**

It is hereby stipulated by and between parties hereto through their respective Counsel, Assistant United States Attorney Jason Hitt, and Attorney Dina L. Santos, Counsel for defendant, Juan Villanueva, that the deadline to post the property bond be extended to January 8, 2016. The holiday season has made it difficult to finalize some portions of the required paperwork for the bond package.

Accordingly, the Parties stipulate that Mr. Villanueva remain out of custody on the unsecured $100,000 unsecured bond and that the deadline to post the secured property be extended to January 8, 2016.

IT IS SO STIPULATED.

Dated: December 31, 2015　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　 /s/ Jason Hitt
　　　　　　　　　　　　　　　　　　　　　　　JASON HITT
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1

Dated:  December 31, 2015         /s/   Dina L. Santos
                                  DINA L. SANTOS, ESQ.
                                  Attorney for JUAN VILLANUEVA

////

///

//

/

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  January 4, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2